**STATEMENT OF FACTS**

**SHOOTING ON MARCH 24, 2025**

1. On March 24, 2025, at 12:26:11 AM, ShotSpotter detected the sound of a single gunshot at New York Avenue NW, Washington, D.C. (PSA 308). The address is at the intersection of New York Avenue and North Capitol Street NW.

2. MPD CCTV located at the northwest corner of New York Avenue and North Capitol Street NW captured the shooting at 12:26:11 AM. The muzzle flash from the firearm is visible in the video.



*Figure 1 - Surveillance of the shooting*

3. Starting at 12:25:30, the shooter was walking south along the North Capitol St NW auxiliary road when his unknown companion began looking back towards an approaching white vehicle. The surveillance appeared to show the headlights of the approaching vehicle flashing, as evidenced by a change in how the shooter's jacket was illuminated. This caused the shooter to turn

around as well (12:25:42). The shooter and his companion then paused at the corner and the shooter gestured back at the waiting vehicle.



*Figure 2 - Shooter looking towards the white vehicle*

4. The shooter and the unknown companion then began crossing New York Avenue walking southbound. As the shooter approached the center of the road in the crosswalk, the shooter had his right hand in his coat pocket. At 12:26:08, the vehicle made a right turn onto New York Avenue NW. The shooter pulled a gun from his pocket, aimed it at the vehicle as the driver's side of the vehicle was facing him, and fired it at the vehicle's driver's side.

5. No complainant ever came forward to report the incident. Therefore, it is unknown whether the shot struck the vehicle.

6. The shooter and the unknown companion then continued walking southbound along North Capitol Street NW, in the direction of Tyler House Apartments. The Tyler House Apartments are located at the southwest corner of the intersection of New York Avenue and North Capitol Street NW. Tyler house is a 250-foot walk from the location of the shooting in the middle of New York Ave NW.



*Figure 3. Map of the intersection of New York Avenue and North Capitol Street NW, with Tyler House Apartments denoted with the red pin.*

7.  As the shooting took place, MPD officers happened to be in the lobby of Tyler House handling a Check on the Welfare call unrelated to the shooting. At 12:27:44, just 90 seconds after the shooting, Abdul Fields walked by Officer Adebayo Adeniran, who had his BWC activated (see below). A couple of minutes later, Abdul Fields emerged from an elevator on the first floor. Fields appeared to be wearing the jacket and shoes worn when he committed the shooting.



*Figure 8 – (Left, right) Stills from PO Adeniran BWC. Right image is from 00:31:41 hours. Center image is a still of the surveillance from the offense.*

## IDENTIFICATION OF ABDUL FIELDS AS THE SHOOTER

8. Abdul Fields (referred to hereinafter as the "defendant") is well known to law enforcement in the area. Based on the totality of the evidence, your affiant believes there is sufficient probable cause to believe Abdul Fields, is the shooter in the March 24, 2025 shooting discussed supra. The evidence supporting probable cause includes: (A) his distinctive habit of wearing a unique olive and black North Face jacket; (B) body-worn camera showing him entering Tyler House just 90 seconds after the shooting, (C) GPS location data placing him at the scene of the shooting, and (D) a NIBIN link linking a recovered firearm to the casing from this incident. The firearm was recovered from Tyler House Apartments A108 on September 5, 2025, during a homicide investigation involving Jailen Lucas and Nayquan Lucas, who resided there with their mother Jacqueline Lucas. Abdul Fields is believed to be in a relationship with Jacqueline Lucas.

*The Olive and Black North Face Jacket*

9.  As detailed below, the Defendant was known by law enforcement to wear a unique olive green and black North Face jacket that appears to be the same unique olive green and black jacket worn by the shooter in the March 24, 2025 shooting.



*Figure 4 Offense Surveillance video at 12:25:47 (left); 12:25:37 (right) showing the shooter's olive green and black jacket*

10. As discussed above, the Defendant was captured in Tyler House approximately 90 seconds after the shooting, wearing the unique olive green and black North Face Jacket.

11. On March 27, 2025, just three days after the shooting, Metropolitan Police Department Officers Washington, Powell, Ables, and Knight made contact with the Defendant. When they made contact with him, he appeared to be coming out of the rear entrance of Tyler House Apartments (PO Washington BWC, at 18:41:51 hours) wearing the unique olive and green North Face jacket. The defendant had a driver's license indicating his address was 226 K Street NW. But he told officer Washington that he lived at Tyler Houses – Apartment B203, though he was not on the lease (PO Washington BWC, 18:54:13 hours).



*Figure 5 – Photo of Abdul Fields on 3/27/25 (left); still from surveillance video of 3/24/25 offense (right)*



*Figure 6 – Still of surveillance of offense (left); rear of jacket from PO Powell BWC on 3/27/25 (right)*

12. Additionally, on November 19, 2025, the Defendant was arrested while wearing the same unique olive green and black North Face jacket (see below).



*Figure 7 – Still from surveillance of 3/24/25 offense (left); PO Washington BWC still from 11/19/25 (right)*

### GPS Location Data

13.     At the time of the shooting, the defendant was under GPS monitoring as part of his conditions for supervised release on a prior conviction for Voluntary Manslaughter. The monitoring began on February 3, 2025, and he was assigned the same hardware until May 3, 2025. The GPS monitoring points showed Fields walking south along North Capitol St NW crossing the middle of the intersection New York Avenue NW at 12:26:14 AM, three seconds after the shooting.



14. When the defendant was stopped on March 27, 2025, he reported to officers that he was "on the box," and a photograph was taken of the ankle monitor.

*NIBIN Hit Between the Casing and Firearm Recovered at Tyler House Apartments*

15. After the shooting, officers responded to the area of New York Ave NW and North Capitol Street St NW based on the ShotSpotter call. Officers Prince Malcolm and Denny Valerio looked for a casing along the sidewalks and side streets adjacent to North Capitol Street NW, but initially did not find anything. But they spoke with the Real Time Crime Center, which told them that the shooting occurred in the middle of New York Avenue NW, so they returned and looked at the location indicated by RTCC. Officer Malcolm and Officer Valerio located one **9-millimeter** casing in the middle of the intersection crosswalk at 00:51:39 (5:31 internal timestamp). It is worth noting that the casing is in an area of the intersection where vehicles do not drive on – right on the center median, as depicted below.

16. The casing was recovered by MPD Officer Rashad Henry at around 1:26 AM.



17. On September 5, 2025, CARFTF executed an arrest and search warrant (25CSWSLD 003768) at the residence for 1200 North Capitol Street NW, Apartment A108 relating to the June 5, 2025 homicide of Eric Tarpinian-Jachym in the 1200 block of 7th Street, NW. Jailen Lucas and Nayquan Lucas were arrested and charged with, then subsequently indicted, with Mr. Tarpinian-Jachym's murder. As stated above, the defendant is believed to be in a relationship with their mother, Jacqueline Lucas. It should be noted that Jacqueline Lucas volunteered to be a third-party custodian for the defendant at a detention hearing in case 25-mj-270, which arose out of his November 19, 2025 arrest (discussed below).

18. Additionally, the defendant was inside of the residence at 1200 North Capitol Street NW, Apartment A108 when the warrant was executed on September 5, 2025. The defendant was detained outside of the residence during the execution of the warrant. PO Gledion Goci BWC, at 06:49:44.

19. During the search of the residence, officers found an olive and black privately manufactured firearm (PMF), model PF940SC.

20. The PMF recovered on September 5, 2025 was subsequently test-fired. The casing was entered into NIBIN, which indicated that the markings from the casing found on the scene of the shooting on March 24, 2025, were consistent with being fired from the PMF recovered during the September 5, 2025 search of Apartment 108 in the Tyler Houses.



***ARREST ON NOVEMBER 19, 2025***

21. On November 19, 2025, MPD Officers Ihsan Ozdemir (driver), Westley Grant (rear passenger) and Stephen Washington (front passenger) were in a marked DC Metropolitan Police Department vehicle, in full MPD uniform patrolling along with federal partners from the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI) and United States Park Police (USPP). The above-mentioned officers and agents were dressed in their respective uniforms of the day displaying their badges of authority and/or wearing ballistic vests clearly labeled "POLICE."

22. At approximately 8:12 PM, the officers were in the vicinity of Tyler House Apartments, located at 1200 North Capitol Street NW, when Officer Washington observed the defendant standing on the sidewalk in front of the building along North Capitol Street. Officer Washington recognized the defendant from one or more prior interactions and had pre-existing knowledge that the Defendant had an open arrest warrant.

23. Officers detained the defendant on the pending warrant and then confirmed the outstanding DC Superior Court arrest warrant for Simple Assault through WALES/NCIC as well as the First District dispatcher. The warrant number was 2025 CRWSLD 005049, in CCN 25143753, issued on November 18, 2025, by the Honorable Judge Robert Salerno. Once the warrant was confirmed, officers placed the defendant under arrest pursuant to the warrant.

24. During a search incident to arrest, MPD officers found a handgun tucked into the defendant's front waistband.

25. The defendant was wearing the same unique olive green and black North Face jacket discussed above.



26. The defendant has a prior felony conviction in the District of Columbia for Voluntary Manslaughter, Superior Court Case No. 2015 CF1 3404, an offense punishable by more than one year of imprisonment. The defendant received a sentence of 102 months of incarceration. Accordingly, the defendant would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed the firearm and ammunition.

27. Your affiant is aware of no firearm or ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above as possessed by the defendant necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

28. As such, your affiant submits that probable cause exists to charge ABDUL FIELDS with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); and 22 D.C. Code 402 (Assault with a Dangerous Weapon).

                                                     Detective Brandon Ripes
                                          Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on February 13, 2026.

                                          The Honorable G. Michael Harvey
                                          United States Magistrate Judge