UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ABDUL FIELDS,** <br><br> Defendant. | Case No. 26-MJ-033 |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America moves to dismiss the complaint against Defendant Abdul Fields without prejudice. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment . . . ."); *see also United States v. Borges*, 153 F. Supp. 3d 216, 219 (D.D.C. 2015) ("Under Rule 48, there is a strong presumption in favor of a no-prejudice dismissal unless the circumstances are 'exceptional' . . . ." (citation omitted)). A superseding indictment has been returned in 25-CR-378 (RJL) charging the conduct alleged in the complaint in this matter. Accordingly, dismissal is in the interests of justice.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Travis Wolf*
TRAVIS WOLF
Assistant United States Attorney
NY Bar 5483243
601 D Street NW
Washington, D.C. 20530
Phone: 202-803-1670
Travis.Wolf@usdoj.gov